

Myers & Galiardo, LLP

**Chrysler Building**
405 Lexington Ave. 64th Fl.
New York, NY 10174

*Attorneys at Law*

Tel: 212-986-5900
Fax: 212-986-6250

**BY ECF**

*[Handwritten: 12/4/2019]*
*[Handwritten: The matter is adjourned to January 7, 2020 at 11:45 am]*

December 4, 2019

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*[Handwritten signature: So ordered / Paul Crotty USDJ]*

Re: United States v. Dwight Forde 18 Cr. 339 (PAC)

Dear Judge Crotty:

Dwight Forde's status conference is currently scheduled for December 5, 2019 at 12pm. The Defense needs approximately 2-3 more weeks to review the three terabytes of discovery involved in this matter. Normally, I would have finished reviewing the materials since the last adjournment, however my wife fell ill and was hospitalized at Sloan Kettering for two weeks following ten hours of surgery. The last 3-4 weeks I have had personal obligations that have taken me away from my practice. I apologize to the Court for this inconvenience to all parties.

The Government consents to adjourn the status conference (final) into the first week of January.

Respectfully,

/s/ Matthew D. Myers
Matthew D. Myers

cc: Government