

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 5, 2019

**BY ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Dwight Forde*, 18 Cr. 339 (PAC)

Dear Judge Crotty:

The Government respectfully writes, with the consent of the defendant, to request that the Court exclude time from Speedy Trial Act calculations until the date of the next pretrial conference in this matter. Yesterday, the Court granted the defendant's request to adjourn the next pretrial conference until January 7, 2020. The Government respectfully requests that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until January 7, 2020, to allow additional time for the defendant to review the discovery materials and to determine what, if any, pretrial motions he may file. Defense counsel, Matthew Myers, consents to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: ___s/_____
Nicholas W. Chiuchiolo
Robert B. Sobelman
Assistant United States Attorneys
(212) 637-1247/2616

Cc: Matthew D. Myers, Esq. (by ECF)

---

*Handwritten annotation:*
12/6/2019
The Government's request to exclude time (STA) is granted.
SO ORDERED
Paul Crotty
USDJ