

**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 18, 2020

**BY ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Dwight Forde*, 18 Cr. 339 (PAC)

Dear Judge Crotty:

    The Government respectfully submits this letter on behalf of both parties, pursuant to the Court's order dated June 18, 2020 (Dkt. No. 313), to jointly propose that any pretrial motions that the defendant wishes to make be filed on or before July 6, 2020; that the Government's response be due on or before July 20, 2020; and that the defendant's reply, if any, be filed on or before July 27, 2020.

6-19-2020
The proposed briefing schedule is adopted.
SO ORDERED.

*[signature: Paul A. Crotty]*

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By *[signature: Robert B. Sobelman]*

Nicholas W. Chiuchiolo
Robert B. Sobelman
Assistant United States Attorneys
(212) 637-1247/2616

Cc: Matthew D. Myers, Esq. (by ECF)